

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ROBERTS,<br>  Plaintiff, | CIVIL ACTION |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>  Defendant. | No. 11-2515 |

### ORDER

MITCHELL S. GOLDBERG, J.

AND NOW, this 14th day of May, 2012, upon consideration of the Plaintiff's request for review, and Defendant's response, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's request for reversal is DENIED.

3. Judgment is entered in favor of the defendant.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.